ABE SIMON, Appellant, v. JAMES J. JOHNSTON et al., Respondents. — ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOHN GRIFFIN, Respondent, v. FRANK J. QUIGAN, INC., Appellant. — ▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LEON GRAY, on Behalf of Himself and Other Stockholders of STEEL TREATING CO., INC., Respondent, v. CHARLES RATTNER et al., Appellants, et al., Defendants. ▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GERTRUDE H. MYERS, Appellant, v. 139 EAST 79TH STREET, INC., et al., Respondents, et al., Defendants. ▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MARIA I. ESTEVE, Respondent, v. LOUIS ABAD, Appellant. — ▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of READER MAIL, INC., Appellant, against SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L., Respondent. ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HERBERT CALLMAN, Doing Business as HERBERT CALLMAN COMPANY, Respondent, v. SAMUEL S. MARCUS et al., Appellants. — ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HERBERT CALLMAN, Doing Business as HERBERT CALLMAN COMPANY, Respondent, v. SAMUEL S. MARCUS et al., Appellants. ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SYLVIA SMITH, Respondent, v. HARRY SMITH, Appellant. — ▮ Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SYLVIA SMITH, Respondent, v. HARRY SMITH, Appellant. — ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LUCIE JACOB et al., Appellants, v. JOSEPH GOODMAN et al., Respondents. — ▮ No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.